[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 27, 2009
THOMAS K. KAHN
CLERK

No. 08-13088
Non-Argument Calendar

_____

D. C. Docket No. 07-00135-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ARMANDO CARDON-CORTEZ,
a.k.a. Vatto,
GEORGE ARMAN SALMORAN-CALDERON,
a.k.a. Francisco Corboso,
a.k.a. Casper,
a.k.a. George Salmoram-Calderon,
JORGE GOMEZ-MONTES,
a.k.a. George Gomez-Montes,
a.k.a. Raphael Hernandez,

Defendants-Appellants.

_____

Appeals from the United States District Court
for the Northern District of Florida
_____

**(March 27, 2009)**

Before CARNES, BARKETT and FAY, Circuit Judges.

PER CURIAM:

George F. Murphy, Kenneth R. Ridlehoover, and Spiro T. Kypreos, appointed counsel for Armando Cardon-Cortez, George Arman Salmoran-Calderon, and Jorge Gomez-Montes in this direct criminal appeal, have moved to withdraw from further representation and filed briefs pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsels' motions to withdraw are **GRANTED**, and Cardon-Cortez, Salmoran-Calderon, and Gomez-Montes' convictions and sentences are **AFFIRMED**.